Richard L. Wynne (Bar No. 120349)
R. Alexander Pilmer (Bar No. 166196)
Christopher T. Casamassima (Bar No. 211280)
Amanda J. Wong (Bar No. 211393)
**KIRKLAND & ELLIS**
777 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WESLEY WEST FLEXIBLE PARTNERSHIP, a Texas general partnership; STEDMAN WEST FAMILY PARTNERSHIP, LTD. AS SUCCESSOR IN INTEREST TO WESLEY WEST LONG TERM PARTNERSHIP, a Texas limited partnership; STUART W. STEDMAN AS TRUSTEE OF THE NEVA AND WESLEY WEST FOUNDATION; <br><br> Plaintiffs, <br><br> vs. <br><br> UNION BANK OF CALIFORNIA, N.A., in its own capacity and as successor-in-interest to Imperial Trust Company; IMPERIAL MANAGEMENT, INC., a California corporation; and COMERICA BANK-CALIFORNIA, a California corporation; <br><br> Defendants. | CASE NO. CV 02-964 RSWL <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> DATE: N/A <br> TIME: N/A <br> PLACE: Courtroom of the Honorable Ronald Lew |

**ORIGINAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Wesley West Flexible Partnership, the Stedman West Family Partnership, Ltd., and Stuart W. Stedman ("Wesley West") voluntarily dismiss without prejudice this case against Defendants Union Bank of California, N.A., Imperial Management, Inc., and Comerica Bank-California ("the Banks").

Wesley West is dismissing this case in the interests of judicial economy because of the pending class action <u>Neilson, et al. v. Union Bank of California, N.A., et al.</u>, Case No. CV 02-6942 LGB, where Wesley West is seeking the same relief on the same claims as a class representative and individual plaintiff. All issues arising out of or related to the case before this Court will be litigated in the <u>Neilson</u> class action -- Wesley West simply wishes to eliminate a duplicative action. This dismissal is not intended to affect the viability of any legal arguments in <u>Neilson</u>.

DATED: September 30, 2002

Respectfully submitted,

KIRKLAND & ELLIS

Richard L. Wynne
R. Alexander Pilmer
Christopher T. Casamassima
Amanda J. Wong

Attorneys for Plaintiffs

# PROOF OF SERVICE

I, Aida Ramos, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 S. Figueroa Street, Suite 3400, Los Angeles, California 90017.

On September 30, 2002, I served the foregoing document(s) described as: **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** .on the interested parties in this action as follows:

[X] By causing the document, in a sealed envelope addressed as above, to be delivered to addressee via messenger before the close of business today.

Elizabeth Mann
McDermott, Will & Emery
2049 Century Park East, 34th Floor
Los Angeles, CA 90067

Christopher Tayback
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa, 10th Floor
Los Angeles, California 90017

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the serve was made.

Executed September 30, 2002 at Los Angeles, California.

Aida Ramos